Krista L. White, OSB No. 941575
Bishop, White, Marshall & Weibel, PS
720 Olive Way, Suite 1201
Seattle, WA 98101
(206) 622-5306
kwhite@bwmlegal.com

Marc Rosenberg, WSBA No. 31034
*Admitted Pro Hac Vice*
Lee Smart, P.S., INC.
1800 One Convention Place
701 Pike Street
Seattle, WA 98101-3929
(206) 624-7990
mr@leesmart.com

Attorneys for Defendant David A. Weibel

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| JOHNNIE M. SUMMERS and CAROL A. SUMMERS, as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID A. WEIBEL, as Trustee; UNITED RESERVE LLC; and LUW SOOKPAUL,<br><br>Defendants. | No. 3:11-CV-835-MO<br><br>DEFENDANT DAVID A. WEIBEL'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant David A, Weibel moves to dismiss with prejudice all causes of action alleged against him by plaintiffs Johnnie and Carol Summers ("Summers"), for the following reasons:

1.   Plaintiffs' claim for "defective trustee sale" should be dismissed where they have not met the statutory criteria in ORS 86.742.

2. Plaintiffs' claim for "breach of contract" should be dismissed as to Mr. Weibel because, under Oregon law, a successor trustee is not a party to the contract.

3. Plaintiffs' "intentional misrepresentation" claim should be dismissed based on failure to meet the pleading standard set forth in *Twombly* and *Iqbal*.

4. The apparent claim of "intentional infliction of emotional distress" should be dismissed where Plaintiffs have not stated a claim under the applicable law.

5. Plaintiffs' action to "Quiet Title" can be resolved by documents attached to the Complaint, which reflect an unbroken series of assignments from Wells Fargo to United Reserve, LLC, and where Plaintiffs do not allege that they paid their obligation on the Deed of Trust ("DOT").

6. Plaintiffs' claim for an "Injunction" should be dismissed as moot, unnecessary, and where granting a permanent injunction could conflict with the outcome of the quiet title action.

Pursuant to Local Rule 7.1(a), counsel for plaintiffs and Mr. Weibel have made a good faith effort to resolve the issues raised by this motion, but have been unable to reach an agreement.

Respectfully submitted this August 3, 2011.

          LEE SMART, P.S., INC.

          By: s/ Marc Rosenberg_____
              Marc Rosenberg
              Attorneys for Defendant
              David A. Weibel

DEFENDANT DAVID A. WEIBEL'S MOTION TO
DISMISS PURSUANT TO RULE 12(B)(6) - 2
5348406

## DECLARATION OF SERVICE

I hereby certify that on the date provided below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

John P. Bowles
Bowles Fernandez LLC
5200 SW Meadows Road, Suite 150
Lake Oswego, OR 97035
Main (503) 726-5930

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct to the best of my knowledge.

DATED August 3, 2011, at Seattle, Washington.

    LEE SMART, P.S., INC.

    By: s/ Marc Rosenberg
        Marc Rosenberg
        Attorneys for Defendant
        David A. Weibel